# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR - 5 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

Ruben Stanciu # 1165178
(Enter above the full name and prisoner identification number of the plaintiff.)

1 08-CV-0780

Jury Trial Demaned

-vs-

David Adelman, Robert Adamson, Tim Madison, Timothy Harper, Dock C. Sisk, Dwight Griffin, Gloria Adam, Katie Anderson et. al.
(Enter above the full name of the defendant(s).)

-CAM

**I. Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

        Yes ( )   No (✓)

    B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff(s): _____NONE_____

            Defendant(s): _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Docket Number: _____

(1)

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: __NONE__

    5. Did the previous case involve the same facts?

        Yes ( )   No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
    _____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

    A. Place of Present Confinement: __Autry State Prison__

    B. Is there a prisoner grievance procedure in this institution?
        Yes (✓)   No ( )

    C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes ( )   No (✓)

    D. If your answer is YES:
       1. What steps did you take and what were the results?
       _____

       2. If your answer is NO, explain why not: __This is not a grieveable issue before the Department of Correction__

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff(s): __Ruben Stanciu__

(2)

**III.   Parties (Cont'd)**

    Address(es):  P.O. Box 648
                  Pelham, Georgia, 31779

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

**B.**   Defendant(s): David Adelman, Robert Adamson, Tim Madison, Timothy A. Harper, Dock C. Sisk, Dwight Griffin, Gloria Adam____, Katie Anderson

Employed as Senator, Judge, District Attorney, Clerk, Foreperson, Bailiff, Court Reporter, Attorney

at 121-I State Capitol, Atlanta, Ga. 30334, 85 West Candler Street, Winder, Ga. 30608, 144 Jonah Homer Rd, Homer, Ga. 30547

**IV.   Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1.) Plaintiff was prosecuted under fraudulent acts by the Superior Court of Banks County with invalid indictment. Judge Robert Adamson lacks subject matter jurisdiction and/or venue to which sentence Plaintiff to 20 serve 15 for Trafficking in Methamphetmine and 5 to serve concurrent to the 20 serve 15 for possession of a firearm during the commission of a felony on June 2nd 2004. There are NO records of minutes of Grand Jury indictment number 04-CR-095-A. Tim Madison is the District Attorney for the State who returned a fraudulent true bill of indictment into Open Court. The Clerk Timothy Harper filed all of the fraudulent papers in Plaintiff case and of indictment. Banks County's Court Reporter Gloria Adam____ is certified to operate tape-recording or stenographic means to record these fraudulent prosecution. The foreperson, Dock C. Sisk is the presiding member of the Grand Jury who speaks on behalf of the jurors and communicated a verdict of true bill of fraud against Plaintiff into Open Court. The bailiff Dwight Griffin is the Court's attendant, and takes an oath to

(3)

at:

144 Jonah Homer Rd, Homer Ga. 30547

P.O. Box 337 Homer Ga. 30547

160 Wind Mill Farm Rd., Homer Ga. 30547

P.O. Box 826, Winder Ga. 30680

P.O. Box 1167, Winder, Ga. 30680

IV. **Statement of Claim (Cont'd)**

deliver an invalid indictment into Open Court against Plaintiff by fraud. Katie Anderson was the defense Attorney for Plaintiff and conspired with District Attorney and/or court officials with fraudulent acts against Plaintiff to obtain a plea of guilty. (2.) The Superior Court of Banks County has no venue nor subject matter jurisdict because it is identified in maritime laws and therefore, sentenced Plaintiff by way of fraud. (3.) The Statutes of Georgia are in-valid and are not enacted as laws of this State by the Legistrue. David Adelman is Georgia Senator and has allowed this State to perpetrate fraud persecution against Plaintiff through a unlegal entity called the Code Revision Commission, who entered a contract with the Michie Publishers company to recodify the O.C.G.A Codes/Statute of Georgia and has violated Plaintiff 5th and 14th Amendments of the United States and Georgia Constitution.

V. **Relief**
State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

Wherefore, plaintiff request that the Court grant the following relief: Declaratory judgments issuing a:
A. Declaratory judgment stating that: (1.) The fraudulent prosecution of plaintiff by defendants Robert Adamson, Tim Madison, Timothy Harper, Dock C. Sisk, Dwight Griffin, Gloria Adam, and Katie Anderson violated the Plaintiffs rights under the fifth and fourteenth Amendment of due process of law and equal protection of the law, of the United States Constitution and Georgia Constitution and constituted fraud under the Color of State law.
(2.) Defendant David Adelman failed to uphold and enact laws of Georgia Statute/Codes for an indictment to be valid and did therefore violated Plaintiffs rights under the 5th and 14th Amendment of the United States Constitution and Georgia Constitution.
B. Issue an injuction ordering Judge Robert Adamson because of the fraudulent prosecuting to:

(4)

Robert Adamson, Tim Madison, Timothy Harper, Dock C. Sisk, Dwight Griffin, Gloria Adam, and Katie Anderson in their individual capacity for fraud under the Constitution of the United States and Georgia Constitution.

D. Award Punitive damages in the following amount:

   1. 20,000 each against defendants Robert Adamson, Tim Madison, Timothy A. Harper,
   2. 10,000 each against Dock C. Sisk, Dwight Griffin, Gloria Adam
   3. 15,000 against Katie Anderson

   all in their individual capacity.

E. Grant all such relief as require by this Court and such other as it may appear that Plaintiff is entitled.

**V. Relief (Cont'd)**

1. Immediately release Plaintiff from fraudulent incarceration. 2.) Restore all citizenship to Plaintiff 3.) Clear Plaintiff records of all fraud prosecution C. Award compensatory damages in the following amount: 1.) 130,500 jointly and severally against defendants David Adelman, Robert Adamson, Tim Madison, Timothy A Harper, Deck C. Sisk, Dwight Griffin, Gloria Adam and Katie Anderson in their official capacity for violation of Plaintiff Constitutional rights. 2.) 25,000 severally against each defendants, David Adelman

Signed this 25th day of February, 2008.

STANCIU RUBEN
Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF Pelham

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 2/5/08
(Date)

STANCIU RUBEN
Signature of Plaintiff

(5)